1

2

3

4

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WAYNE DOUGLAS SMITH,

11          Plaintiff,            No. CIV S-07-0293 LKK DAD PS

12      vs.

13  BRITISH PETROLEUM OF
AMERICA, et al.,

14

15          Defendants.      <u>ORDER</u>
_____/

16         Plaintiff, proceeding pro se, filed a complaint seeking damages for injuries.  The

17  matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local

18  Rule 72-302(c)(21).

19         On May 29, 2007, the magistrate judge filed findings and recommendations

20  herein which were served on all parties and which contained notice to all parties that any

21  objections to the findings and recommendations were to be filed within ten days.  Plaintiff filed

22  objections, and defendants British Petroleum of America, BP West Coast Products LLC, Joel E.

23  Buchentin, and John Lieuinger filed a reply.  On June 21, 2007, the magistrate judge filed further

24  findings and recommendations which were served on all parties and which contained notice to

25  all parties that any objections were to be filed within ten days.  Neither plaintiff nor defendants

26  filed objections to the further findings and recommendations.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2    304, this court has conducted a de novo review.  Having carefully reviewed the entire file, the

3    court finds the findings and recommendations to be supported by the record and by proper

4    analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed May 29, 2007 and June 21, 2007 are

7    adopted in full;

8    2.  The motion to dismiss filed by defendants British Petroleum of America, BP

9    West Coast Products LLC, Joel E. Buchentin, and John Lieuinger on April 13, 2007 is granted;

10    3.  The motion to dismiss filed by defendant Mobile Storage Group, Inc. on May

11    29, 2007 is granted;

12    4.  This action is dismissed for lack of jurisdiction as to plaintiff's constitutional

13    claims and for failure to state a RICO claim upon which relief may be granted; and

14    5.  Judgment shall be entered for defendants, and this action shall be closed.

15    DATED:  July 30, 2007.

16

17

18    LAWRENCE K. KARLTON
      SENIOR JUDGE
19    UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

2